# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| U.S. BANK, N.A., | : No. 233 MAL 2020 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| STEVEN M. SCHWARTZ AND ALMA B. SCHWARTZ, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.